# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 2014/00037 |
| ) | |
| v. ) | Charges: |
| ) | Possession of Prison Contraband |
| RUSIEL ENCARNACION, ) | |
| ) | Promoting Dangerous Prison |
| ) | Contraband |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant as to Count 1 (Possession of Prison Contraband) of the Indictment is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing will be scheduled and conducted pursuant to separate notice.

**SO ORDERED.**

Date: October 1, 2014

_____
WILMA A. LEWIS
Chief Judge